[Nos. 40333-8-I; 40338-9-I.   Division One.   August 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES N. WILLIAMS, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King County, Nos. 93-1-04778-5, 93-1-40779-3, Michael S. Spearman, J., entered February 28 and March 6, 1997. *Affirmed* by unpublished opinion per Webster, J., concurred in by Kennedy, C.J., and Agid, J.

[No. 42212-0-I.   Division One.   August 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY DWAYNE HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-00476-1, Marilyn R. Sellers, J., entered February 17, 1998. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 42247-2-I.   Division One.   August 23, 1999.]

*In the Matter of the Marriage of* TIMOTHY J. NOLAN, *Appellant*, and COLLEEN NOLAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-3-08526-3, George A. Finkle, J., entered January 26 and February 17, 1998. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Webster and Becker, JJ.

[No. 42331-2-I.   Division One.   August 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRYL WILLIAM YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01015-7, Richard J. Thorpe, J., entered March 11, 1998. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid, A.C.J., and Webster, J. Now published at 97 Wn. App. 235.